1024

No. 98–8715. STORY *v.* KINDT, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied.

No. 98–8724. WILSON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–8758. SINGLETON *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 98–8947. HUTCHERSON, AKA BONNER *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 98–8964. HARTLINE *v.* HAMBRICK ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–8966. GRAVES *v.* WILLIAMS. Sup. Ct. Va. Certiorari denied.

No. 98–8967. DAVIS *v.* HOWES, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–8969. FOREMAN *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 98–8971. HOWARD *v.* LAND ET AL. C. A. 11th Cir. Certiorari denied.

No. 98–8975. EDWARDS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–8976. DUNN *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 3d Jud. Dept. Certiorari denied.

No. 98–8977. HAWKINS *v.* SCHOOLEY ET AL. Ct. App. Mich. Certiorari denied.

No. 98–8978. HAWKINS *v.* MICHIGAN DEPARTMENT OF CORRECTIONS. Ct. App. Mich. Certiorari denied.

No. 98–8979. GREEN *v.* TRIPPETT, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 98–8983. RIVES *v.* COUNTY OF MONMOUTH ET AL. C. A. 3d Cir. Certiorari denied.